Kirtlan G. Naylor      [ISB No. 3569]
Bruce J. Castleton     [ISB No. 6915]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: kirt@naylorhales.com; bruce@naylorhales.com

Attorneys for Defendant North Idaho College/
Idaho Counties Risk Management Program

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VICTORIA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTH IDAHO COLLEGE, an Idaho corporation, and DONALD FRIIS, an individual,<br><br>　　　　　Defendants. | Case No. 2:06-cv-00436-EJL-CWD<br><br>**SECOND MOTION TO RENEW JUDGMENT/COSTS TAXED** |

　　　　This law firm represented Defendant North Idaho College in the above-entitled action. Idaho Counties Risk Management Program ("ICRMP") is the insurer/underwriter for North Idaho College. This law firm also represents ICRMP.

　　　　On August 28, 2008, the Court entered a judgment against Plaintiff Victoria Johnson, and on October 28, 2008, costs were taxed against Plaintiff in the amount of $4,430.32, and included in the judgment. On October 11, 2013, the Court renewed the judgment.

**MOTION TO RENEW JUDGMENT/COSTS TAXED - 1.**

ICRMP, by and through undersigned counsel, moves this Court for renewal of the judgment entered and the associated costs that were taxed against Plaintiff. This motion is based upon the Affidavit of Bruce J. Castleton and the exhibits attached thereto.

Dated this 30th day of August, 2018.

NAYLOR & HALES, P.C.

By /s/   Bruce J. Castleton, Of the Firm
Attorneys for Defendant North Idaho College/Idaho Counties Risk Management Program

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

James McMillan, mcmillanlaw@frontier.com
*Attorney for Plaintiff*

/s/ Bruce J. Castleton

2034_01 Renewed Judgment-Motion (8-30-18).wpd

**MOTION TO RENEW JUDGMENT/COSTS TAXED - 2.**